■ In the Matter of WENTON HARRIS, Petitioner, v CARLOS RIVERA, as Commissioner of the New York City Fire Department, et al., Respondents. [609 NYS2d 879] —Determination unanimously confirmed without costs and petition dismissed for reasons stated in decision of New York City Fire Commissioner Bruno. (Article 78 Proceeding Transferred by Order of Supreme Court, Kings County, Aronin, J.) Present—Callahan, J. P., Pine, Lawton, Doerr and Davis, JJ.